[No. 42221-2-II. Division Two. March 19, 2013.]

PACIFIC NORTHWEST HOLDINGS, LLC, *Respondent*, v. JERROLD B. IRWIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-16602-7, Beverly G. Grant, J., entered May 13, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Van Deren, J., and Bridgewater, J. Pro Tem.

[No. 42245-0-II. Division Two. March 19, 2013.]

KRISTY L. RICKEY ET AL., *Individually and as Co-Executors*, *Appellants*, v. CLARENCE G. MUNCE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-10227-6, Katherine M. Stolz, J., entered June 10, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Bridgewater, J. Pro Tem.

[No. 43015-1-II. Division Two. March 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART A. BLAZEK, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00309-5, Gordon Godfrey, J., entered January 23, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 43202-1-II. Division Two. March 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK ALEXANDER RIDDLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01189-3, Barbara D. Johnson, J., entered March 8, 2012. *Affirmed* by unpublished opinion per Quinn-Brintall, J., concurred in by Worswick, C.J., and Johanson, J.